# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ERIC X. RAMBERT, | : | No. 30 WAP 2016 |
| | : | |
| Appellant | : | |
| | : | Notice of Appeal and Jurisdictional |
| v. | : | Statement |
| | : | |
| BOARD OR PROBATION AND PAROLE, | : | |
| JOHN DEITRICT, CORRECTIONS | : | |
| COUNSELOR, CARRINGTON, PAROLE | : | |
| AGENT SUPERVISOR, JOHN/JANE | : | |
| DOE, RECORDS SUPERVISOR, JOHN | : | |
| E. WETZEL, SECRETARY, | | |
| | | |
| Appellees | | |

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of December, 2016, the Notice of Appeal is Quashed.